UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IANN SHERRIF MARSH,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-05564-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to update the record, offer Plaintiff the opportunity for a new hearing, and issue a new decision. To this end, the ALJ will reevaluate Plaintiff's subjective complaints. The ALJ will reassess the nature, severity and limitations associated with Plaintiff's attention deficit hyperactivity disorder. The ALJ will reassess Plaintiff's residual functional capacity and determine whether Plaintiff can perform his past relevant work or other jobs existing in the national economy. The ALJ may obtain medical expert or supplemental vocational evidence, as needed and available.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 23rd day of January, 2020.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3709
Fax: (206) 615-2531
heather.griffith@ssa.gov